### In re WILLETT–BAKER LUMBER CORPORATION.

### No. 37153.

District Court, E. D. New York.
Nov. 15, 1939.

Louis P. Rosenberg, of Brooklyn, N. Y., for trustee.

John T. Clancy, of Long Island City, for Division of Placement and Unemployment Insurance of New York.

BYERS, District Judge.

The petitioner claims a tax for 1938 and 1939, not because one was due and payable, but because the Department had not ascertained that none was due and payable. To agree to that position would be inequitable to other creditors. The referee's conclusion is sound, and his ruling is affirmed.

Settle order.